# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.   11-cr-00128-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    JOSHUA SCOTT,

      Defendant.

_____

# MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


This will confirm that a further status/scheduling hearing regarding Defendant Scott is set **Friday, May 27, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

This will further confirm that Defendant has **up to and including May 25, 2011** to file any ends of justice motions.


Dated:  May 16, 2011

_____