**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   11-cr-00128-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     JOSHUA SCOTT,
2.     JEFFREY STARKS,
3.     ELON ROBINSON,

        Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a further status/scheduling hearing regarding all Defendants is set **Friday, July 8, 2011 at 1:30 0.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendants must be present.

Dated:  June 13, 2011