**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   11-cr-00128-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     JOSHUA SCOTT,
2.     JEFFREY STARKS,
3.     ELON ROBINSON,

       Defendants.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that Defendants shall file motions **on or before Monday, July 18, 2011**. Government's responses are due **on or before Friday, August 5, 2011**.

     A further status/scheduling hearing regarding all Defendants is set **Tuesday, August 9, 2011 at 9:00 0.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendants must be present.

Dated:  July 15, 2011